Court of Appeals.

Seventh District of Texas.

501 S. Fillmore, Suite 2-A

Amarillo, Texas 79101-2449.



Re: Pasonis v Thomas. 07-15-cv-0090.

Dear Clerk Long.

I Received a Letter From Mr. Stone. Advising me That This Court dismissed The Case Due To "Failed To Properly Appeal This dismissal by Filing A Timely Sworn Statement OF Inability To Pay Costs". According To your Documents This Court "Vacated" The Districts Courts Judgment. Thus IF my Record shows my Appeal And Inability To Pay Costs where Filed in A Timely manner. What kind OF Injustice is This? I File Everything Correctly And Its dismissed. IF So Then I Request To "Appeal" This decision That You Vacated. Your Notice Never States dismissal only That you And The District Court did not Have Jurisdiction. I will Answer Mr Stones Letter That is Enclosed. For your Inspection. I guess IF your A Guard AT TDCJ you Can Steal From Inmates!! Yes Ms Long I'm Upset Because This is not Justice It Injustice. IF I did This I would Be Prosecuted. IF my Job Taught me To Steal From Others And Justice Allowed me I would!!!

I Filed Everything Correctly And on Time The Records
Prove this Fact!!!, And so Have You. So why was This
Case dismissed, Because No one wants to take Responsibility?

I Evangelos give Notice of Appeal To
The Cause No 07.15-0090. Evangelos Pagonis v.
Catherine Thomas, for Theft. I Appeal This To The
Texas Supreme Court.

my Documents where Filed Properly.!!!
No Excuses!!.

Appeal - 10-15-13 - Filed By Clerk 02-744,    Respectfully Submitted.
I.T.P. = 06-23-13                               Evangelos Pagonis
I.F.P = 06-29-13

                                                Lynaugh Unit.
Done 10-5-15.                                   1098 S. Hwy 2037
                                                Ft. Stockton Tx 79735

Don't Recall This Court Dismissing The Case
Just Vacated County's Court Judgment. Thus
it must Rehear And Re Judge. why is J.P.
Judgement Final.?

Court of Appeals.
Seventh Court of Texas.
Amarillo, Texas.


Evangelos Pagonis


v.                                    Case No: 07-15-00090-CV
                                      Trial Court Case # 645.

Catherine Thomas.


Notice of Appeal.


To the Honorable Judge of Said Court:


    I Evangelos Pagonis Hereby Give Notice of
Appeal For the Decision of This Court To Vacate
The Judgment of The Hartley Land Court Cause No: 645.
All Documents where Filed Timely And Correctly with
The Justice of The Court And District Court, Even I Appealed
in Your Court, which you Clerk Forwarded To District Court.
    I Hereby Appeal To The Next Highest Court.
    Texas Supreme Court.

                                    Respectfully Submitted
                                    Evangelos Pagonis


Date: 10-5-15



## KEN PAXTON
### ATTORNEY GENERAL OF TEXAS

September 29, 2015

Evangelos Pagonis, No. 01626253
TDCJ - Lynaugh Unit
1098 S. Highway 2037
Fort Stockton, TX 79735

Re: *Pagonis v. Thomas*

Dear Mr. Pagonis:

I recently received copies of the correspondence you sent to the Seventh Court of Appeals and the Hartley County District Clerk inquiring about the status of your case. Please be advised that your lawsuit has been dismissed.

On September 26, 2013, the Justice Court of Hartley County dismissed your lawsuit pursuant to Chapter Fourteen. On August 11, 2015, the Seventh Court of Appeals concluded that you failed to properly appeal this dismissal by filing a timely Sworn Statement of Inability to Pay Costs. Consequently, the Justice Court's dismissal of your lawsuit is now final.

Feel free to contact me with any questions or concerns.

Kind regards,

Johnathan Stone
Assistant Attorney General

*Appeal & I.T.P. was Filed*
*Correctly. I.T.P. July 22, 2013.*
*I.F.P July 29 2013.*
*N.O.A Gave 10-15-2013 Filed 02-7-14.*
*See: Records,*

Evan Pascuilis
1626233
LYNAUGH UNIT
1098 S. HWY. 2037
FT. STOCKTON, TX 79735

Legal.

791013244q

Court of Appeals.
Seventh District of Texas.
501 S. Fillmore, Suite 2-A
Amarillo, Texas. 79101-2449.